WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JEANIE DEHART MANZO**,                                      CV # 10-1062-HZ

    Plaintiff,

vs.                                                                                    ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $5,275.31 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 10th day of January, 2012.

/s/ Marco A. Hernandez
United States District Judge

Submitted on January 9, 2012 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1